**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KELLY D. MICKELSON,

    Plaintiff

v.

KEN WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00107-MMD-CSD

**Order**

Re: ECF Nos. 5, 6

Plaintiff, a prisoner in custody of the Nevada Department of Corrections, is proceeding in this action on a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983. (ECF No. 8.) Plaintiff has also filed a motion for temporary restraining order and/or motion for preliminary injunction ("TRO and/or PI"). (ECF Nos. 5, 6.) The stay previously entered in this case has now been lifted, and the Attorney General of the State of Nevada has been directed to file a notice regarding acceptance of service on or before February 6, 2026. (*See* ECF No. 18.)

Within 14 days of the date of this Order, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's motion for TRO and/or PI. If the Attorney General's Office is willing to enter a limited notice of appearance, then also within 14 days of the date of this Order, the Attorney General's Office shall file a response to Plaintiff's motion for TRO and/or PI. The Attorney General's Office shall file under seal any relevant medical records. Plaintiff may kite the warden's office to review any records filed under seal, and the Attorney General's Office shall ensure that Plaintiff is given a reasonable amount of time to review these records. Plaintiff

will have seven days from the date he receives the response to file a reply brief. The court will then determine whether to hold a hearing or issue a report and recommendation on the motion.

The Clerk of Court shall electronically serve a copy of this Order, a copy of Plaintiff's complaint (ECF No. 8), a copy of the orders screening the complaint and lifting the stay (ECF No. 11, 18), as well as a copy of Plaintiff's motion for TRO and/or PI (ECF Nos. 5,6) on the Nevada Attorney General's Office. This will not constitute a general appearance.

**IT IS SO ORDERED**.

Dated: January 20, 2026

_____
Craig S. Denney
United States Magistrate Judge