**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KELLY D. MICKELSON,

    Plaintiff

v.

KEN WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00107-MMD-CSD

**Order**

Re: ECF No. 29

Before the court is Plaintiff's motion for a 45-day extension of time to file a reply to Defendants' response to his motion for temporary restraining order and/or preliminary injunction (TRO and/or PI). Good cause appearing, Plaintiff's motion (ECF No. 29) is **GRANTED IN PART**. Plaintiff will have thirty days from the date of this order to file a reply to the response to his motion for TRO and/or PI. In that reply, Plaintiff may also address the supplement Defendants have been ordered to file by February 24, 2026. The Attorney General's Office shall ensure that, within the next week, Plaintiff has sufficient time to review his medical records.

**IT IS SO ORDERED**.

Dated: February 23, 2026

_____
Craig S. Denney
United States Magistrate Judge