**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| KELLY D. MICKELSON, | Case No.: 3:25-cv-00107-MMD-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF Nos. 5, 6 |
| KEN WILLIAMS, et al., | |
| Defendants | |

On March 6, 2026, Plaintiff submitted a reply to NDOC's response and supplement regarding his motion for preliminary injunction and/or temporary restraining order. (ECF No. 39.) In his reply, Plaintiff represents that he saw Dr. Halow on March 6, 2026, and that although Dr. Halow found extreme severe blockage on his left side and more blockage on his right side, the doctor said he could not perform Plaintiff's surgery until a cardiologist takes care of another issue first.

Accordingly, on or before March 10, 2026, NDOC shall file a supplement and any relevant records advising the court of Dr. Halow's opinion regarding Plaintiff's need for carotid stents and what must take place before Plaintiff can undergo surgery.

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____
Craig S. Denney
United States Magistrate Judge