**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KELLY D. MICKELSON,

    Plaintiff

v.

KEN WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00107-MMD-CSD

**Order**

Re: ECF Nos. 21, 25, 32, 36

Before the court are NDOC's unopposed motions for leave to file Plaintiff's medical records under seal in connection with their responses to Plaintiff's motions for temporary restraining order and/or preliminary injunction. (ECF Nos. 21, 25, 32, 36.) When the documents sought to be sealed are "more than tangentially related to the merits of a case," as they are here, the court must find compelling reasons support the sealing of the documents. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016). This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records because the plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records. Therefore, Defendants' motions for leave to file under seal (ECF Nos. 21, 25, 32, 36) are **GRANTED**.

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____
Craig S. Denney
United States Magistrate Judge