**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY D. MICKELSON, | Case No.: 3:25-cv-00107-MMD-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 18 |
| KEN WILLIAMS, et al., | |
| Defendants | |

Pursuant to the court's order of January 16, 2026, the Nevada Attorney General's Office was directed to file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. (*See* ECF No. 18.) The court directed the A.G. to file its notice within twenty-one days of the date of the order – that is, by February 6, 2026.  The deadline to file an answer for any defendants for whom the A.G. accepted service was set for March 17, 2026.

Although the Attorney General's Office entered a limited notice of appearance on February 3, 2026, for purposes of responding to Plaintiff's motions for injunctive relief, it has not filed any notice regarding acceptance of service of process. Accordingly, on or before March 17, 2026, the A.G. shall file a notice regarding acceptance of service of process as directed in the court's order of January 16, 2026.  Should the A.G. need additional time within which to answer Plaintiff's complaint, it shall file a motion seeking such relief.

/ / /

/ / /

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____

Craig S. Denney
United States Magistrate Judge

2