# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KELLY D. MICKELSON,

    Plaintiff

v.

KENNETH WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00107-MMD-CSD

**Order**

Re: ECF No. 48

Before the court is Defendants' motion for leave to file medical records under seal in connection with their supplement concerning Plaintiff's motion for injunctive relief. (ECF No. 48.)

When the documents sought to be sealed are "more than tangentially related to the merits of a case," as they are here, the court must find compelling reasons support the sealing of the documents. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016).

This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records because the plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records.

Therefore, Defendants' motion (ECF No. 48) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: March 11, 2026

Craig S. Denney
United States Magistrate Judge