**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KELLY D. MICKELSON,

Plaintiff

v.

KEN WILLIAMS, et al.,

Defendants

Case No.: 3:25-cv-00107-MMD-CSD

**Order**

On June 15, 2026, Plaintiff was sent a USM 285 Form along with the court's order of that date. (*See* ECF No. 80.) Plaintiff has advised the court that, unfortunately, he has not received a copy of the form and requests that another be sent. Accordingly, the Clerk of Court is directed to SEND Plaintiff another blank USM 285 Form.

**IT IS SO ORDERED**.

Dated: July 24, 2026

Craig S. Denney
United States Magistrate Judge