**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KELLY D. MICKELSON,

Plaintiff

v.

KEN WILLIAMS, et al.,

Defendants

Case No.: 3:25-cv-00107-MMD-CSD

**Order**

Re: ECF No. 91

Plaintiff's motion for an extension of time to serve Dr. Voss (ECF No. 91) is **DENIED AS MOOT** as the Attorney General's Office subsequently accepted service for Dr. Voss and he has filed an answer. (*See* ECF Nos. 92, 93.)

**IT IS SO ORDERED**.

Dated: August 11, 2026

Craig S. Denney
United States Magistrate Judge