**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY D. MICKELSON,<br>Plaintiff<br>v.<br>KENNETH WILLIAMS, et al.,<br>Defendants | Case No.: 3:25-cv-00107-MMD-CSD<br>**Order**<br>Re: ECF No. 100 |

Before the court is Defendants' motion for leave to file medical records under seal in connection with their response to Plaintiff's motion to stay this action. (ECF No. 100.)

As the medical records Defendants seek to file under seal relate to a motion that is not related to the merits of the case, the good cause standard applies. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016).

This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason," and therefore, certainly good cause, for sealing records because the plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records.

Therefore, Defendants' motion (ECF No. 100) is **GRANTED**.

///

///

///

///

While the court has agreed to seal these records, the court notes that Defendants' filed a response to Plaintiff's motion to stay the case or discovery after District Judge Du denied Plaintiff's motion to stay the proceeding as moot since she stayed the case after sua sponte referring this matter to the pro bono panel for the appointment of counsel. (*See* ECF No. 97.)

**IT IS SO ORDERED**.

Dated: September 2, 2026

Craig S. Denney
United States Magistrate Judge